(November 1, 2007)

■ The People of the State of New York, Respondent, v Tyrone Crudup, Appellant. [844 NYS2d 162]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about February 8, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Mazzarelli, Friedman, Marlow and Buckley, JJ.